UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-MJ-1510

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| NATASHA M. BONAPARTE | ) | |

By leave of the United States Magistrate Judge, the above-entitled complaint is hereby dismissed for the reason that the defendant was arrested on related charges prior to the execution of the instant warrant, rendering the instant warrant moot.

THOMAS G. WALKER
United States Attorney


BY: /s/Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney


Leave for filing of the foregoing dismissal hereby is granted this ____ day of August, 2011.

DAVID W. DANIEL
United States Magistrate Judge